**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANDREW WHITTECAR,

Petitioner,

v.

B. BIRKHOLZ,

Respondent.

Case No. 2:25-cv-12267-JGB-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) the Report and Recommendation is approved and accepted; (2) the Petition is denied; and (3) Judgment be entered dismissing the action with prejudice.

DATED: October 20, 2026

HON. JESUS G. BERNAL
United States District Judge