JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANDREW WHITTECAR,

Petitioner,

v.

B. BIRKHOLZ,

Respondent.

Case No. 2:25-cv-12267-JGB-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that Petitioner's request for habeas relief is denied, with no further proceedings, consistent with the reasons and findings set forth in the Order Accepting Findings and Recommendations of United States Magistrate Judge.

DATED: October 20, 2026

HON. JESUS G. BERNAL
United States District Judge